IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SUSAN COOPER                                                    PLAINTIFFS
ROBERT COOPER

V.                                         CIVIL ACTION NO. 1:17-CV-128-SA-DAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                               DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being

settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement

has not been completed and further litigation is necessary.

This the 14th day of February, 2018.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE