IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SUSAN COOPER and ROBERT COOPER                                PLAINTIFFS

VS.                                              CAUSE NO: 1:17-CV-128-SA-DAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                DEFENDANT

## AGREED ORDER OF DISMISSAL

UPON the consideration of the parties' Joint Motion, it is hereby ORDERED that plaintiffs' complaint, and all its claims, is hereby DISMISSED with PREJUDICE.

Each party to bear their own costs.

SO ORDERED and ADJUDGED, this the 26TH day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO FORM:

/s/ William T. Cooper
WILLIAM T. COOPER, MSB #9588
Attorney for Plaintiffs

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant State Farm Mutual
Automobile Insurance Company